G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA  91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff,
HEATHER ESGET

FILED
APR 29 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER ESGET<br><br>Plaintiff,<br><br>vs.<br><br>J.C. CHRISTENSEN & ASSOCIATES, INC.; DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 111-CV-00343-AWI-SMS<br><br>VOLUNTARY DISMISSAL |

### VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, HEATHER ESGET,(hereinafter "Plaintiff"), by and through his attorneys, PRICE LAW GROUP APC, hereby voluntarily dismisses the above-entitled case with prejudice.

VOLUNTARY DISMISSAL

- 1 -

1

2  DATED: April 21, 2011

RESPECTFULLY SUBMITTED,

**PRICE LAW GROUP APC**

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III
Attorney for Plaintiff

It is so Ordered, Dated: 7-27-11

United States District Judge

VOLUNTARY DISMISSAL

- 2 -